IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED FULFORD,

    Plaintiff,

    v.

DR. GRIFFEN,

    Defendant.
                              /

No. C 13-2840 MEJ (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE**

Plaintiff Fred Fulford, a state prisoner incarcerated at San Quentin State Prison, filed several documents without indicating a case number. The Clerk of the Court, therefore, opened a new case assigning the above case number, C 13-2840 MEJ (PR). However, the documents indicate that Plaintiff intended them to be filed in his pending case, <u>Fulford v. Dr. Griffen</u>, C 13-2535 CW (PR). Therefore, this case was opened in error and shall be administratively closed.

The Clerk of the Court shall administratively close this case and transfer the documents filed in this case to case number C 13-2535 CW (PR).

IT IS SO ORDERED.

DATED: June 28, 2013

MARIA ELENA JAMES
United States Magistrate Judge

G:\PRO-SE\MEJ\2013 CR\Fulford13-2840 CR adm close.wpd